1:10-cv-04989
Judge Milton I. Shadur
Magistrate Judge Nan R. Nolan



*From the desk of Dr. Dave Pushkin...*

August 4, 2010

7th Circuit Librarian
Everett McKinley Dirken US Courthouse
219 Dearborn Street
Room 1637
Chicago, IL 60604

**RECEIVED**

AUG - 9 2010
Aug. 9. 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Your Honor:

Please see the enclosed documentation to support my filing of a Federal Civil Suit in the 7th US District Court. I am filing a Civil Suit against Loyola University-Chicago; their campus is located in Chicago, hence my filing in your district court.

As the enclosed documentation provides, I applied for a tenure-track professorship in January 2010 with Loyola-Chicago's chemistry department, and never received as much as an acknowledgment letter for my application. As noted in the advertisement, there was not even a contact person regarding the search, essentially operating under unacceptable "cloak of anonymity."

None of my professional references, listed on the last pages of my curriculum vitae, received acknowledgment for their letters of recommendation, and I was never notified of the status of my application for an academic position I am extremely qualified for. At the least, this is reprehensible, unprofessional and irresponsible on the part of an institution of higher education. At the highest level, failure to notify ANY applicant for a publicly advertised academic position smacks of violation of Affirmative Action and Equal Employment Opportunity Commission practices, and this institution, its chemistry department and faculty should be held accountable.

I contacted the Chicago regional EEOC office to file a complaint, and as their correspondence shows, they failed to determine any wrongdoing on Loyola-Chicago's part, thus moving me to the next stage of my complaint process, to file a formal civil suit against the university and the chemistry department. As my enclosed application letter documents, I have been disabled since a 2006 spinal injury and would require accommodations as per the Americans with Disabilities Act. It is my charge that the search committee at Loyola-Chicago disqualified me from consideration on the basis of disability, as well as my age, gender, and ethnicity, and removed my application from all others.

The damages I seek are $150,000.00, which would represent two years of annual compensation for a professor of my credentials, experience and expertise. Having worked in academia since 1984, I am working on the assumption that even a tenure-track professor is initially hired on a two-year contact. Please note this demand figure does not take into account any benefits beyond salary (e.g., health insurance and TIAA-CREF pension).

300 State Highway Route 3 East, Suite 114. East Rutherford, NJ 07073
Phone: (201) 206-5160. FAX: (201) 765-9495. Email: dpushkin@nj.rr.com

Please note that I am not an attorney, so I am not completely certain all my documents are complete or correctly filed. I am a disabled person in declining health and with very limited economic resources. If you have any questions, please don't hesitate to contact me. My contact information is in my letterhead footer.

Thank you for your assistance with my complaint.

Dr. David B. Pushkin
Adjunct Online Science/Mathematics Faculty, *Excelsior College, Albany, NY*
Research Consultant/Affiliate
*Carl Wieman Science Education Initiative, University of British Columbia, Vancouver, BC*

## CURRICULUM VITAE of DR. DAVID B. (Dave) PUSHKIN

300 State Highway Route 3 East, Suite #114, East Rutherford, New Jersey, USA 07073
Phone: (201) 206-5160, FAX: (201) 765-9495
Email: dpushkin@nj.rr.com

### CAREER SUMMARY

- Currently consulting in science education research, actively writing in science education scholarship, and freelance sports writing column/blog.
- 25 years teaching experience in chemistry and physics at the secondary (including Advanced Placement) and collegiate levels
- Additional experience teaching biology, mathematics, and on-line science courses
- 5 years experience teaching undergraduate and graduate-level education courses, and supervision of student teachers and teaching assistants
- Experience conducting, directing, and advising educational research, graduate student thesis advisement (13 masters, 21 doctoral between 1999 and 2003)
- 5 years experience in biochemical/biomedical scientific research (HPLC, UV and CD spectroscopy, radioisotope methods, Maxam-Gilbert sequencing, antisense DNA studies, cancer/AIDS studies, SDS-PAGE, Western blotting, and immuno-blotting techniques, diabetes studies, protein studies, tissue studies)
- 7 years experience in laboratory and/or theoretical physics research (Computer-interfaced calorimetry for studying phase transitions of water)
- 3 years experience in industrial and/or public works-related science
- Experience in administrative functions associated with academic duties (e.g., student academic advising, lab management, equipment purchasing, grant writing)
- Extensive scholarly record (journal articles, book chapters, books, presentations) in fields of biochemistry, biomedical science, theoretical/experimental physics, chemistry education, physics education, teacher education, cognitive theory, and curriculum theory
- Experience as referee and/or editorial board member for scholarly journals in fields of theoretical physics, chemistry/physics education, and higher education
- Affiliations with national and international professional organizations in chemistry, physics, science education, and educational research

### EDUCATION

| Degree | Institution | Year | Major | Minor |
|--------|-------------|------|-------|-------|
| Ph.D. | Pennsylvania State University | 1995 | Curriculum & Instruction | Physics |
| M.A. | University of South Florida | 1986 | Biochemistry | Secondary Science Education |
| B.S. | University of the State of New York (now Excelsior College) | 1984 | Chemistry | Biology |

## DISSERTATION TITLE

The influence of a computer-interfaced calorimetry demonstration on general physics students' conceptual views of entropy and their metaphoric explanations of the second law of thermodynamics.

## PROFESSIONAL HISTORY

**January 2009 – present:**
**Adjunct Assistant Professor of Chemistry, Physics, and Mathematics**
Excelsior College, Online Natural Sciences and Mathematics Program, Albany, NY
**Research Affiliate/Consultant**
Carl Wieman Science Education Initiative, University of British Columbia, Vancouver, BC

**January 2008 – December 2008:**
**Adjunct Assistant Professor of Chemistry and Physics**
Bergen Community College, Division of Science & Technology, Paramus, NJ
Manhattan College, Department of Physics, Riverdale, NY
Fairleigh Dickinson University, School of Natural Sciences, Teaneck, NJ

**September 2006 – November 2006:**
**High School Chemistry and Physics Teacher**
The Frisch School, Paramus, NJ

**January 2004 – August 2006:**
**Lecturer of Chemistry and Physics, Physics Lab Manager**
SUNY Maritime College, Department of Science and Mathematics, Bronx, NY

**January 2002 – July 2004:**
**Adjunct Assistant Professor of Chemistry, Physics, and Education**
Pace University, Department of Chemistry and Physical Sciences, New York, NY
St. John's University, Departments of Chemistry and Physics, Queens, NY
Yeshiva University, Department of Chemistry, New York, NY
CUNY Brooklyn College, School of Education, Brooklyn, NY
Saint Leo (FL) University, Distance Learning Program

**September 1999 – June 2001:**
**Assistant Professor of Educational Research**
Wilmington College of Delaware, Doctoral Program in Educational Innovation and Leadership

**January 1999 – August 1999:**
**Visiting Assistant Professor of Science Education**
William Paterson University, College of Education, Wayne, NJ
**Adjunct Assistant Professor of Education**
CUNY Brooklyn College, School of Education, Brooklyn, NY
**Adjunct Instructor of Chemistry/Physics**
University of Medicine and Dentistry of New Jersey-Newark, Health Careers Program
Hispanic Center of Excellence

**September 1996 – December 1998:**
**Assistant Professor of Chemistry and Science Education**
Montclair State University, Department of Chemistry and Biochemistry, Upper Montclair, NJ

**September 1995 – June 1996:**
**Visiting Assistant Professor of Physics**
College Misericordia, Department of Natural Sciences, Dallas, PA

**June 1993 – August 1995:**
**Academic Research Fellow and Instructor**
Pennsylvania State University, Department of Curriculum and Instruction, Department of Physics, University Park, PA

**August 1989 – June 1993:**
**High School Chemistry and Physics Teacher**
Bay Shore High School, Bradenton, FL
**Wastewater Consultant (1990-1991)**
Department of Public Works, Bradenton, FL

**October 1988 – May 1989:**
**Research Chemist**
James A. Haley VA Hospital, Tampa, FL

**June 1988 – August 1988:**
**Visiting Fellow**
Ohio State University, Department of Mathematics, Columbus, OH

**January 1987 – June 1988:**
**High School Chemistry, Biology, and Physics Teacher**
St. Petersburg Catholic High School, St. Petersburg, FL
**Adjunct Chemistry Instructor**
St. Petersburg Junior College, St. Petersburg, FL

**May 1984 – February 1987:**
**Research/Teaching Assistant**
University of South Florida, Department of Chemistry, Tampa, FL
**High School Science and Math Teacher (1985-1986)**
Yates Academy, Tampa, FL
**Adjunct Math Instructor/Tutor (1985)**
Hillsborough Community College, Tampa, FL

**August 1983 – May 1984:**
**Quality Control Chemist**
E-Z-EM, Incorporated, Westbury, NY

## OTHER PROFESSIONAL EXPERIENCE

- Subject Matter Expert/Consultant
  M & R Consultants, Inc., Burlington, MA, 2009-Present

- Freelance Sportswriter
  http://doctorpuppycommentary.blogspot.com, 2009-Present

- Contributing author for forthcoming physical science textbook (*Holt Science & Technology 2010*)
  with Holt-McDougal Publishers, 2007-2008

- Editorial Board Member, *History of Intellectual Culture* (University of Calgary Press), 2001-2007.
  Consulting Editorial Board Member, 2007-Present

- Referee for *Physics Essays* (National Research Council of Canada), 1996-1999

## TEACHING EXPERIENCE

**Chemistry/Physics courses taught/tutored:**
Bergen Community College:
- CHM 100 – Introduction to Chemistry
- CHM 240 – General Chemistry II

Fairleigh Dickinson University:
- CHEM 1203 – General Chemistry I Laboratory

Manhattan College:
- PHY 101 – General Physics I
- SCI 230 – Great Ideas in Physics

SUNY Maritime College:
- CHEM 121 – General Chemistry I
- CHEM 122 – General Chemistry I Lab
- CHEM 124 – General Chemistry II Lab

- PHYS 102 – Engineering Physics I
- PHYS 202 – Engineering Physics Lab
- PHYS 211 – General Physics I
- PHYS 213 – General Physics I Lab
- PHYS 216 – General Physics II Lab

St. John's University:
- CHEM 1110-1120 -- Introduction to General and Organic Chemistry I-II
- SCI 1000C -- Science Core: Atomic Theory
- SCI 1000 -- Science Core: Energy

Yeshiva University:
- CHEM 1045L-1046L -- General Chemistry I-II Lab
- CHEM 1023R -- The Science of Chemistry: Everyday Life

Pace University:
- CHEM 101 -- Introduction to Chemistry
- CHEM 110 -- The Chemical World
- PHYS 112 -- General Physics I
- SCI 150 -- Astronomy

UMDNJ:
- Introductory Organic Chemistry
- Critical Thinking and Physics Problem Solving
- MCAT review

Montclair State University:
- CHEM 107 – College Chemistry I
- CHEM 109-110 – College Chemistry I-II Lab
- CHEM 111 – Elements of Chemistry
- CHEM 120-121 -- General Chemistry I-II

College Misericordia:
- PHYS 107-108 – Introductory Physics I-II
- PHYS 707-708 – Introductory Physics I-II Lab

Penn State University:
- PHYS 201, 202, 203/204 – General Physics I, II, and III
- PHYS 215 – College Physics I
- PHYS 265 – College Physics II
- PHYS 001 – Physics and Society

St. Petersburg Junior College:
- CHM 1045L-1046L -- General Chemistry I-II Lab

University of South Florida:
- CHM 2045L-2046L -- General Chemistry I-II Lab

Saint Leo University:
- SCI 101 -- Integrated Physical Science

High School courses:
- AP Chemistry, Regular and Honors Chemistry
- AP Physics B and C (Mechanics), Regular and Honors Physics
- AP Biology
- Honors Anatomy and Physiology
- Algebra I-II
- College Algebra & Trigonometry

**Education courses taught/tutored:**

CUNY Brooklyn College:
- EDUC 792 – Teaching Writing across the Curriculum
- EDUC 724 – Seminar in Education Research
- EDUC 722 – Advanced Seminar in Pedagogy and Curriculum
- EDUC 719 -- Directed Masters Thesis Research for ECE
- EDUC 707 – Introduction to Research in Early Childhood Education
- EDUC 702 – Seminar in Applied Theory and Research for Elementary Education
- GSCI 10 – Multidisciplinary Topics in the Natural, Mathematical, and Computer Sciences

William Paterson University:
- CIEE 327 -- Science Education Methods for Elementary Education
- CISE 601 – Teaching Strategies in the Subject Fields for Grades 7-12

Wilmington College of Delaware:
- EDD 7107 – Introduction to Qualitative Research Methods
- EDD 7402 – Research Design
- EDD 8100 – Research Practicum
- EDD 9000 – Directed Dissertation Research

Penn State University:
- SCIED 412 -- Secondary Science Education Methods
- CI 295 -- Initial Teaching Field Experience
- CI 495 – Secondary Education Teaching Practicum

## EDUCATION RESEARCH DOCTORAL DISSERTATIONS ADVISEMENT
### (At Wilmington College of Delaware, # notes dissertation committees chaired):

**Joseph H. Birch (2001).** *The effects of the Delaware Challenge Grant Program on the reading and mathematics skill level of second and third graders on a standardized test.*

**Sarah Jeanne Hollister Davis (2000).** *A survey of public school educators on the needs of home-schooled students entering the public school at the secondary level.*

**Rebecca Fox-Lykens (2001).** *What attracts minorities to the teaching profession? Examination of various influential factors within the state of Delaware.*

**Catherine M.S. Frazer (2000).** *Youth perceptions of intensive-community-based-services: Implications for alternatives to secure-care and transitioning of youth into public schools.*

**Edward Lee Guthrie (1999).** *Police misconduct: Implications for law enforcement training and education.*

**Sharon Hallock (2000)#.** *A transition intervention program for at-risk students in a rural public high school.*

**Patricia Harris (2001)#.** *Voices inside a high school: Evidencing school culture in a qualitative trilogy.*

**Mary McKim Herrera (2001).** *Attrition or persistence within a vocational-technical high school program: A qualitative and quantitative study of student characteristics and perceptions.*

**Murray K. Hoy (2001).** *Assessing the effectiveness of the Chesapeake College General Education Program through faculty and student perceptions.*

**Diane L. Kerbin (2000)#.** *Project Outreach Extended-Day Program: A formative evaluation of implementation.*

**David Marshall (2001).** *A study on job specific training to see if increases in employment understanding can be linked back to planned intervention.*

**Lisa Ann Myers (1999).** *Multicultural education in a college Ed.D. curriculum: Doctoral students' perspectives.*

**Patricia A. Papineau (1999).** *A study of the development of Education-to-Career Portfolios: Creating high school students' career advantage.*

**Deanna Reinard Stock (2000)#.** *A qualitative examination of the processes of racial and gender identity development in female multicultural facilitators.*

**Kim Shiels (2001)#.** *A qualitative analysis of the factors influencing stress and second language acquisition in immigrant students.*

**Dianne G. Sole (2000).** *Evaluating the impact of the intensive scheduling model at a rural high school: The student and teacher behavior changes.*

**Saundra Sutton (2001).** *Cooperative learning vs traditional model: A mixed methodological investigation of completion rates and attitudes relevant to ENG 121(Composition I) at Delaware Technical & Community College, Terry Campus.*

**Timothy Thurber (2001).** *The impact of the Academic Programs for Excellence on promoting academic rigor at Easton High School.*

**Leah L. Van Gelder (2000).** *Selection criteria for participation in a gifted and talented program at the intermediate school level.*

**James White (2000).** *A qualitative inquiry of a Historically Black College's response to a fraternity post-initiation hazing incident.*

**Harold E. Williams (2000)#.** *A descriptive study: African-American adolescent males, absenteeism, mentoring, and alienation in rural public schools.*

## EDUCATION RESEARCH MASTERS THESES ADVISEMENT (CUNY Brooklyn College)

**Jocelyn Batson (2003).** *The effects of prior knowledge, oral and written story retelling on reading comprehension.*

**Theresa Brady (2003).** *The early steps in learning to read: Phonemic awareness.*

**Dorrit Crawford (2003).** *The effects of parental involvement on students' homework quality.*

**Patricia DeMaio (2003).** *How does collaboration of student peers and teachers during the writing process influence the way students write?*

**Sharon Ditore (2003).** *The effects of phonemic awareness instruction on reading skills in Kindergarten.*

**Shermane Fletcher (2003).** *Why doesn't Elijah communicate effectively? A case study.*

**Georgeanna Franco (2003).** *A qualitative study on the impact of television viewing on language acquisition of Chinese-American children in a pre-school.*

**Amy Gomes (2003).** *Elementary schoolteachers' views on inclusion and how prepared they feel to handle an inclusion classroom.*

**Genevieve Paul (2003).** *To what extent does changing the instructional mode of an inclusion classroom affect its dynamics?*

**Alyssa Pollack (2003).** *To what extent gender influences teaching methods in elementary-level mathematics.*

**Christina Romeo (2003).** *A comparative examination of basal reading, whole language and balanced literacy, and their potential impact on first grade reading instruction.*

**Jessica Roth (2003).** *What are the effects of Writing Workshop on students' metacognition?*

**Kristine Viola (2003).** *What are the effects of reading aloud to seventh-grade students?*

## ACADEMIC ADMINISTRATIVE EXPERIENCE

SUNY Maritime College:
- Supervisor for all General Physics laboratory courses -- equipment set-up, maintenance/repairs
- In charge of equipment orders and supplying lab manuals for purchase in the campus bookstore
- Student academic advisement

Wilmington College of Delaware:
- Graduate student academic advisement
- Doctoral student thesis advisement

CUNY Brooklyn College:
- Supervision of student teachers

Montclair State University:
- MSU Chemistry departmental co-certification officer for chemistry teachers
- Mentoring chemistry department graduate teaching assistants
- Content area supervisor for student teachers (secondary level science)
- Mentoring undergraduate science education research students
- Student academic advisement
- Grant writing

Penn State University:
- Supervision of student teachers
- Self-direction of dissertation research
- Small grant writing

## ACADEMIC SERVICE EXPERIENCE

Wilmington College of Delaware Faculty Senate:
- Instructional Resources subcommittee
- Curriculum subcommittee

Montclair State University:
- MSU Science Education Graduate Degree committee
- MSU Teaching Policy committee
- Associate Member, MSU Center of Pedagogy
- Liaison/ Instructor – MSU Health Careers Program

- MSU Chemistry departmental curriculum and safety committees

## CURRENT PROFESSIONAL AFFILIATIONS

**American Chemical Society (ACS)**
- Member, Division of Chemical Education, 1985-Present
- Member, Division of Professional Relations, Subdivision of Chemists with Disabilities, 2009-Present
- Chairperson, Subdivision of Chemists with Disabilities, 2010-2012
- Member, General Chemistry Examination Committee, 1998-2001
- Coordinator, 2004 Biennial Conference on Chemical Education, Symposium on "Critical Thinking in Chemistry"
- Panelist, 2010 Northeast Regional Meeting, Symposium on "Chemical Education since 2000"

**National Association for Research in Science Teaching (NARST)**
- Referee, *Journal of Research in Science Teaching*
- Referee, Conference Papers on College Science Teaching
- Past Member, Outstanding Masters Thesis Award Committee
- Past Referee, Conference Papers on Cultural, Social, and Gender Issues

**European Science Education Research Association (ESERA)**
- Coordinator, 1999 Biennial Conference Symposium on "Science Education versus Science in the Academy"

**European Association for Research on Learning and Instruction (EARLI)**

**Past professional affiliations:**
- **National Science Teachers Association (NSTA)**
- **Society of College Science Teachers (SCST)**
- **American Educational Research Association (AERA)**
- **Science Teachers Association of Ontario (STAO)**
- **American Physical Society (APS)**
- **American Association for Physics Teachers (AAPT)**
- **Association for the Education of Teachers in Science (AETS)**
- **Association for Institutional Research (AIR)**
- **Association for the Study of Higher Education (ASHE)**
- **International Cultural Research Network (ICRN)**

### SCIENTIFIC SCHOLARSHIP

**Pushkin, D.B. (1997).** Can thermistor probes illustrate entropy? *Physics Essays,10(1),* 50-54.

**Pushkin, D.B. & Zheng, T.F. (1995).** Using computer interfacing to graphically illustrate phases of water. *Physics Education, 30,* 81-85.

**Ishizuka, T., Hoffman, J., Cooper, D.R., Watson, J.E., Pushkin, D.B. & Farese, R.V. (1989).** Glucose induced synthesis of Diacylglycerol *de novo* is associated with translocation (Activation) Protein Kinase C in rat adipocytes. *FEBS Letters, 249,* 234-238.

**Articles acknowledged for research contributions:**
**Wickstrom, E. (1992).** Strategies for administering targeted therapeutic oligodeoxynucleotides. *Trends in Biotechnology, 10,* 281-287.

**Wickstrom, E.L., Bacon, T.A., Gonzalez, A. et al.(1988).** Human promyelocytic leukemia HL60 cell proliferation and a c-myc protein expression inhibited by a pentadecadeoxynucleotide targeted against c-myc mRNA. *Proceedings of the National Academy of Sciences, 85,* 1028-1032.

**Heikkila, R., Schwab, G., Wickstrom, E. et al.(1987).** A c-myc antisense oligodeoxy nucleotide inhibits entry into S phase but not progress from $G_0$ to $G_1$. *Nature, 328,*445-449.

## Presentations:

**Pushkin, D. & Flynn, R. (1989).** Solving three-clock relativity problems. Sixth Florida Workshop: Nonlinear Problems in Relativity and Cosmology, Bradenton, FL.

**Cooper, D.R., Watson, J.E., Pushkin, D.B., Standaert, M.L. & Ishizuka, T. (1989).** Retention of Type II Protein Kinase C isozymes following phorbol ester down-regulation in BC3H-1 myocytes: Reexamination of an experimental paradigm. 71st Annual Meeting of the Endocrine Society, Seattle, WA.

**Ishizuka, T., Hoffman, J., Pushkin, D.B., Cooper, D.R. & Farese, R.V. (1989).** Insulin and Glucose stimulate Diacyglycerol synthesis and translocation (Activation) of Protein Kinase C in rat adipocytes. 71st Annual Meeting of the Endocrine Society, Seattle, WA.

## Unpublished graduate school research papers:

**Pushkin, D. (1986).** Carcinostatic drug binding to DNA.

**Pushkin, D. (1985A).** Investigating the Bohr effect on myoglobin.

**Pushkin, D. (1985B).** Synthesis of the archaebacterial $C_{40}$ Diol.

**Pushkin, D. (1985C).** Quaternary structure studies of hemoglobin.

## EDUCATION-RELATED SCHOLARSHIP

## Peer-reviewed papers/articles/commentaries:

## In revision/preparation:

- The underlying theory behind PBL in chemistry and physics. *Academic Exchange Quarterly.*
- The endeavor of science education research: A possible perspective to bring. *Science.*
- What IS and ISN'T part of intellectual culture. *History of Intellectual Culture.*

**Pushkin, D. (2008).** Planting the seeds: The influence of college science teaching on the next generation of science teachers. *Journal of College Science Teaching, 38(3),* 14-15.

**Pushkin, D. (2007).** Critical thinking and problem solving – the theory behind flexible thinking and skills development (Pensamiento crítico y resolución de los problemas --- la teoría detrás del pensamiento habilidades flexibles). *Journal of Science Education, 8(1),* 13-17.

**Zoller, U. & Pushkin, D. (2007).** Matching higher-order cognitive skills (HOCS) promotion goals with problem-based laboratory practice in a freshman organic chemistry course. *Chemistry Education Research and Practice, 8(2),* 153-171.

**Pushkin, D. (2005).** Appignanesi, Richard, ed. Postmodernism and Big Science: Einstein, Dawkins, Kuhn, Hawking, Darwin. A book review. *History of Intellectual Culture, 5(1),* http://www.ucalgary.ca/hic/website/2005/reviews/dpushkin_frameset.html.

**Pushkin, D.B. (2002).** Atheoretical nature of the National Science Education Standards: There's more theory than we think. A response to Thomas Shiland. *Science Education, 86(2),* 161-166.

**Pushkin, D.B. (2001/2002).** Research in science teaching – Building strength from the literature. *Journal of College Science Teaching, 31,* 263-264.

**Pushkin, D.B. (2001).** The relevance of Thomas Kuhn to teaching and intellectualism. *History of*

*Intellectual Culture, 1(1)*, http://www.ucalgary.ca/hic/2001pdf/pushkin_forum_2001.pdf.

**Pushkin, D.B. (1998A).** Introductory students, conceptual understanding, and algorithmic success. *Journal of Chemical Education, 75*, 809-810.

**Pushkin, D.B. (1998B).** Perceptions of women in physics: Is there something wrong with this picture?! *Association of Women in Science Magazine, 27(1)*, 11-13.

**Pushkin, D.B. (1998C).** Is learning just a matter of tricks? So why are we educating? *Journal of College Science Teaching, 28,* 92-93.

**Pushkin, D.B. & Colón-González, M.H. (1998).** Access to knowledge and critical thinking in General Chemistry via social constructivism: Pedagogical and curricular opportunities for minority science majors. AERA annual meeting, San Diego, CA (ERIC Clearinghouse Document #ED417-954).

**Pushkin, D.B. (1997A).** Scientific terminology and context: How broad or narrow are our meanings? *Journal of Research in Science Teaching, 34,* 661-668.

**Pushkin, D.B. (1997B).** Where do ideas from students come from? Applying constructivism and textbook problems to the laboratory experience. *Journal of College Science Teaching, 26,* 238-242.

**Pushkin, D.B. (1996A).** A comment on the need to use appropriate scientific terminology in conception studies. *Journal of Research in Science Teaching, 33,* 223-224.

**Pushkin, D.B. (1996B).** Postmodernism and paradigms in science and science education. Global Summit on Science and Science Education, San Francisco, CA (ERIC Clearinghouse Document #ED401-118).

**Pushkin, D.B. (1995).** The AP exam and the introductory college course. *Physics Teacher, 33,* 532-535.

**Zheng, T.F., Mears, M., Hall, D., Pushkin, D. et al. (1994).** Teaching the nonlinear pendulum. *Physics Teacher, 32,* 248-251.

**Pushkin, D.B. (1987).** Science fair projects: Some guidelines for better science. *Journal of Chemical Education, 64,* 962-963.

## Letters/communications:

**Pushkin, D. (2004).** Clarifying critical thinking and teaching. *Journal of College Science Teaching, 34,* 4-5.

**Pushkin, D.B. (1998A).** Physics and feminism -- Perhaps a bigger issue looms? *APS News, 7(7),* 12.

**Pushkin, D.B. (1998B).** Undergraduate science education -- Improvement, initiative, and willingness to change. *Journal of College Science Teaching, 28,* 8.

**Pushkin, D.B. (1997A).** Teaching versus research. *Physics and Society, 26(1),* 2.

**Pushkin, D.B. (1997B).** An experiment independent of mass and radii. *Journal of College Science Teaching, 26,* 375-376.

**Pushkin, D.B. (1996A).** Tolerance, shades of gray, and relativism. *Physics and Society, 25(2),* 5.

**Pushkin, D.B. (1996B).** More on education. *Chemical and Engineering News, 74(40),* 7.

**Pushkin, D.B. (1994A).** Advanced placement courses - Some complexities. *Journal of College Science Teaching, 24,* 5.

**Pushkin, D.B. (1994B).** Should the APS get involved with education? Yes, but look before you leap! *American Journal of Physics, 62,* 696.

**Pushkin, D.B. (1992).** College expectations of incoming freshmen -- And the science and math teachers preparing them. *Journal of College Science Teaching , 22,* 78.

**Pushkin, D.B. (1991).** Does fear of the 'nerd' label dissuade young females from pursuing science? *Journal of College Science Teaching , 21,* 71.

**Pushkin, D.B. (1986).** Chemists are human, too. *Chemical and Engineering News, 64(27),* 51.

**Books and contributed chapters:**

**In preparation:**

- *You tell me it's the institution... You better free your mind instead – Breaking paradigms and unlocking thinking.*
- *Philosophy of "Packer" pedagogy: Vince Lombardi, critical thinking, and problem-based learning.*
- *And somebody CAN get hurt: Living in a society where we all can benefit each other.*
- *Sometimes sports really makes you scratch your head: A collection of columns and blogs.*

**Pushkin, D.B. (2001A).** *Teacher training: A reference handbook.* Santa Barbara, CA: ABC-CLIO.

**Pushkin, D.B. (2001B).** Cookbook classrooms; cognitive capitulation. In: J. Weaver, M. Morris & P. Appelbaum (Eds.) *(Post) modern science (education): Propositions and alternative paths* (pp. 193-211). New York: Peter Lang.

**Pushkin, D.B. (2001C).** To standardize, or too standardized? In: J.L. Kincheloe & D. Weil (Eds.) *Standards and schooling in the United States: An encyclopedia* (pp. 855-877). Santa Barbara, CA: ABC-CLIO.

**Pushkin, D.B. (2001D).** Gender equity in the academic "pipeline" – Delving into the epistemological and ontological. *World wide wisdom: Socially responsible and gender inclusive science and technology. GASAT-10 Conference Contributions, vol. 2* (pp. 147-151). Copenhagen, Denmark: GASAT.

**Dahncke, H., Duit, R., Gilbert, J., Psillos, D., Östman, L. & Pushkin, D.B. (2001).** Science education versus science in the academy: Questions -- discussion – perspectives. In: H. Behrendt, H. Dahncke, R. Duit, W. Gräber, M. Komorek, A. Kross & P. Reiska (Eds.) *Research in science education: Past, present, and future* (pp. 43-48). Dordrecht, The Netherlands: Kluwer Academic Publishers.

**Fischler, H., Peuckert, J., Dahncke, H., Behrendt, H., Reiska, P., Pushkin, D., Bandiera, M., Fischer, H., Hucke, L., Gerull, K. & Frost, J. (2001).** Concept mapping as a tool for research in science education. In: H. Behrendt, H. Dahncke, R. Duit, W. Gräber, M. Komorek, A. Kross & P. Reiska (Eds.) *Research in science education: Past, present, and future* (pp. 217-224). Dordrecht, The Netherlands: Kluwer Academic Publishers.

**Pushkin, D.B. (2000).** Critical thinking in science -- How do we recognize it? Do we foster it? In: D. Weil & H.K. Anderson (Eds.) *Perspectives in critical thinking: Essays by teachers in theory and practice* (pp. 211-220). New York: Peter Lang.

**Pushkin, D.B. (1999).** Post-formal thinking and science education: How and why do we understand concepts and solve problems? In: J. Kincheloe, S. Steinberg & P.H. Hinchey (Eds.) *The post-formal reader: Cognition and education* (pp. 449-467). New York: Falmer Press.

**Pushkin, D.B. (1998).** Teacher says; Simon says -- Dualism in science learning. In: J. Kincheloe & S. Steinberg (Eds.) *Unauthorized methods --Strategies for critical teaching* (pp. 185-198). New York: Routledge.

**In conference proceedings:**

**Pushkin, D.B. (2001A).** Learning and instruction – Still wondering what these terms mean. *Bridging Instruction to Learning: Ninth European conference on learning and instruction, book of abstracts* (pp. 57-58). Fribourg, Switzerland: EARLI.

**Pushkin, D. (2001B).** Assessment and learning -- Critiquing the theoretical disconnect *Science education research in the knowledge based society:Proceedings of the third international conference of ESERA* (p. 250). Thessaloniki,Greece: ESERA.

**Pushkin, D.B. & Richardson, A. (2001).** What happened to our humanist curricula? Searching for our Erasmus and Dewey roots in teacher education. *Bridging Instruction to Learning: Ninth European conference on learning and instruction, book of abstracts* (p. 115). Fribourg, Switzerland: EARLI.
**Pushkin, D.B. (1999A).** Sexism in academic science – Intentional or not, it's a perpetual vicious cycle. In: Hildebrand, G.M. (Ed.) *Gazing into the future: Proceedings of the Gender and Science Education (GASE) colloquium, Boston 1999* (pp. 79-80). Parkville, Victoria, Australia: University of Melbourne Press.
**Pushkin, D.B. (1999B).** Insights from a laboratory class and beyond. *Looking forward, looking backward: Reflections on the future and past of science education. Final program and abstracts of the 1999 NARST annual meeting* (p. 228). Boston, MA: NARST.
**Pushkin, D.B. (1999C).** Concept mapping and students, physics equations and problem solving. *Research in science education: Past, present, and future. Proceedings of the second international conference of ESERA* (pp. 260-262). Kiel, Germany: IPN.
**Pushkin, D., Duit, R., Gilbert, J., Psillos, D., Östman, L. & Dahncke, H. (1999).** Science education versus science: Conflicts within the academic setting. *Research in science education: Past, present, and future. Proceedings of the second international conference of ESERA* (pp. 454-457). Kiel, Germany: IPN.

## Presentations:

**Pushkin, D. (2006A).** Critical thinking and problem-based learning. Science Teaching Department, Hebrew University of Jerusalem, Israel.
**Pushkin, D. (2006B).** Critical thinking and problem-based learning. New Jersey Center for Science, Mathematics, and Technology Education, Kean University, Union, NJ.
**Pushkin, D. (2004).** Critical thinking and problem solving – The theory behind flexible thinking and skills development. 18th Biennial Conference on Chemical Education, Iowa State University, Ames, IA.
**Pushkin, D., Zoller, U., Zhang, B., Cartrette, D., Miller, M. & Dori, Y.J. (2004).** Fostering critical thinking in chemistry. Symposium for the 18th Biennial Conference on Chemical Education, Iowa State University, Ames, IA.
**Pushkin, D. (2003A).** Critical thinking and problem-based learning. Columbia University School of Medicine, New York, NY.
**Pushkin, D. (2003B).** Situated cognition and chemical reactions – Helping students conceptualize within the laboratory. Yeshiva University, Department of Chemistry, New York.
**Pushkin, D. (2003C).** The LOCS teaching to HOCS learning paradigm shift: Implications for university-level science education. NARST Annual Meeting, Philadelphia, PA.
**Pushkin, D. (2001A).** Gender equity in the academic "pipeline" – Delving into the epistemological and ontological. 10th Gender and Science and Technology Meeting, Copenhagen, Denmark.
**Pushkin, D. (2001B).** Assessment and learning -- Critiquing the theoretical disconnect. ESERA Biennial Meeting, Thessaloniki, Greece.
**Pushkin, D. (2001C).** Learning and instruction – Still wondering what these terms mean. EARLI Biennial Meeting, Fribourg, Switzerland.
**Pushkin, D. (2001D).** Confronting ourselves as university faculty: Appreciating the potential impact of our teaching practices. McGill University, Centre for University Teaching and Learning, Montreal, QC.
**Pushkin, D. (2001E).** Secondary science teaching and learning: What is the university's impact? University of Calgary, Faculty of Education, Calgary, AB.
**Pushkin, D. (2001F).** "e " stands for Epistemology. Canadian National Research Council, University of Moncton, NB.

**Pushkin, D. (2001G).** Matching one's scholarship to their vision – A research agenda. Wayne State University, College of Education, Detroit, MI.

**Pushkin, D. (2001H).** Science teacher education and the search for philosophical utopia. University of Western Ontario, Faculty of Education, London, ON.

**Pushkin, D. (2001I).** Science teacher education: The challenges facing universities. Memorial University of Newfoundland, Faculty of Education, St. John's, NF.

**Pushkin, D. & Richardson, A. (2001).** What happened to our humanist curricula? Searching for our Erasmus and Dewey roots in teacher education. EARLI Biennial Meeting, Fribourg, Switzerland.

**Pushkin, D. (2000A).** Beginning with epistemologies and ontologies -- What do we know? Why should we care? University of British Columbia, Department of Curriculum Studies, Vancouver, BC.

**Pushkin, D. (2000B).** Epistemological and ontological views -- What can we interpret from stories and discourse? Wilmington College, New Castle, DE.

**Pushkin, D. (2000C).** Epistemologies and ontologies -- What does dialogue teach us? Wilmington College, Dover, DE.

**Richardson, A. & Pushkin, D. (2000).** An educator to compare to Erasmus? International Cultural Research Network Biennial Meeting, Beijing, China.

**Pushkin, D. (1999A).** Sexism in academic science -- Intentional or not, it's a perpetual vicious cycle. First International Colloquium on Gender and Science Education, Boston, MA.

**Pushkin, D. (1999B).** Epistemologies and ontologies – The foundation to more meaningful higher education. University of Sciences, Philadelphia, PA.

**Pushkin, D. (1999C).** Education for empowerment and independent thought. Simon Fraser University, Faculty of Education, Burnaby, BC.

**Pushkin, D. (1999D).** The US phenomenon of teacher recruitment and training -- A perspective. Kings College of London, UK.

**Pushkin, D. (1999E).** Insights from a laboratory class and beyond. NARST Annual Meeting, Boston, MA.

**Pushkin, D. (1999F).** Constructivism and storytelling: What we learn about epistemologies and ontologies via informal ethnography. Citadel, Department of Education, Charleston, SC.

**Pushkin, D. (1999G).** You tell me it's the Institution… You better free your mind instead. Cleveland State University, Department of Curriculum and Foundations, Cleveland, OH.

**Pushkin, D. (1999H).** Did you know physics offers much more than problem solving? American University, Department of Physics, Washington, DC.

**Pushkin, D.B., Duit, R., Gilbert, J., Psillos, D., Östman, L. & Dahncke, H. (1999).** Science education versus science -- Conflicts within the academic setting. Second International Conference of ESERA, Kiel, Germany.

**Fischler, H., Bandiera, M., Fischer, H., Pushkin, D., Peuckert, J., Behrendt, H., Dahncke, H. & Frost, J. (1999).** Concept mapping and learning science . Second International Conference of ESERA in Kiel, Germany.

**Pushkin, D. (1998A).** Pedagogical and curricular practices: The clashing of paradigms. Canadian History of Education Association biennial meeting in Vancouver, BC.

**Pushkin, D. (1998B).** Assessing learning in science -- How do we distinguish critical thinking from cognitive capitulation? How does this transfer to the classroom? University of Massachusetts-Boston, Department of Critical and Creative Thinking.

**Pushkin, D. (1998C).** Science -- a process of questions, thinking, and answers. University of Michigan-Flint, Department of Education.

**Pushkin, D. (1998D).** Constructivism and the social context of teaching. University of Michigan-Flint, Department of Education.

**Pushkin, D. (1998E).** A tale of two students -- Dolly the Dualist and Rosie the Relativist take a university science course. Western Michigan University, Department of Science Studies, Kalamazoo, MI.

**Pushkin, D. (1998F).** The BIG picture of science education --Making sense of the culture of teaching and learning in science classrooms. Morgan State University, School of Education, Baltimore, MD.

**Pushkin, D.B. & Colón-González, M.H. (1998).** Access to knowledge and critical thinking in General Chemistry via social constructivism: Pedagogical and curricular opportunities for minority science majors. AERA Annual Meeting, San Diego, CA.

**Pushkin, D. (1997A).** Using social constructivism to catalyze critical thinking in general chemistry. 31st Middle Atlantic ACS Regional Meeting, Pace University, Pleasantville, NY.

**Pushkin, D. (1997B).** Equation webs and semantic networks: Structuring students' knowledge base for physics problem solving. 5th International "New Trends in Physics Teaching" Workshop, University of Puebla, Mexico.

**Pushkin, D. (1997C).** Fostering critical thinking in General Chemistry labs via social constructivism. First International Conference of ESERA, Rome, Italy.

**Pushkin, D. (1997D).** The stereotypes of physics: Are we alienating ourselves as well as others? AAPT Summer Meeting, Denver, CO.

**Pushkin, D. (1997E).** The philosophical basis of social constructivism for our pedagogy. AAPT Summer Meeting, Denver, CO.

**Pushkin, D. (1997F).** Perceptions of women in physics: Is there something wrong with this picture?! AAPT Winter Meeting, Phoenix, AZ.

**Pushkin, D. (1997G).** What introductory science teachers need to be aware of with novice learners. NSTA National Convention, New Orleans, LA.

**Pushkin, D. (1997H).** Conceptual frameworks, relevance, and student priorities. CUNY-College of Staten Island, School of Education.

**Titus, A. & Pushkin, D.B. (1997).** Women, web activities, and supportive learning environments. American Association of Physics Teachers Summer Meeting, Denver, CO.

**Pushkin, D. (1996A).** What can metaphors for entropy teach us about students' conceptual views of physical science concepts? NSTA/STAO conference, Toronto, ON.

**Pushkin, D. (1996B).** Why do we educate? (Are we only trying to open THEIR minds?!). Columbia University Teachers College, New York, NY.

**Pushkin, D.B. (1996C).** Postmodernism and paradigms in science and science education. Global Summit, Science and Science Education, San Francisco, CA

**Pushkin, D. (1996D).** Science education is BOTH teaching and learning! Montclair State University, Department of Chemistry, Upper Montclair, NJ.

**Pushkin, D. (1996E).** What is social constructivism, and how does it apply to the learning of physics? College Misericordia, Dallas, PA.

**Pushkin, D. (1995A).** The microcomputer as a laboratory instrument. NSTA National Convention, Philadelphia, PA.

**Pushkin, D. (1995B).** The effect of a computer-interfaced calorimetry demonstration on General Physics students' understanding of selected concepts and problem solving related to thermodynamics. Wright State University Physics Education Lecture Series, Dayton, OH.

**Pushkin, D. (1995C).** What can you do with a computer in a chemistry lab? Landon School, Bethesda, MD, and Haverford School, Haverford, PA.

**Pushkin, D. (1994).** Who says minorities don't belong in science and engineering? Minority Teachers for the 21st Century Conference, Penn State University, University Park, PA.

**Pushkin, D. (1993).** Getting high school students involved in research projects. Junior Science and Humanities Symposium, Penn State University, University Park, PA.

## Unpublished graduate school research papers:

**Pushkin, D. (1995).** Developing a paradigm for entropy.

**Pushkin, D. (1994A).** The relationship between reliability and validity: A closer look at the AP Physics (B) examination.

**Pushkin, D. (1994B).** The laboratory in science education: Its role and significance during the 20th century.

**Pushkin, D. (1994C).** Problem solving and the information processing system

**Pushkin, D. (1994D).** The benefits of an integrated curriculum for problem solving

**Pushkin, D. (1993).** Science instructor attitudes: A survey of the Penn State University physics department.

**Pushkin, D., Shellenberger, E., Volkman, D. & Hwangbo, Y. (1993).** The four-leaf clover partnership for community-based curriculum.

## GRANTS AWARDED

**MSU Sokol Faculty/Student Research Grant Proposal:** Constructing and Restructuring the Curriculum: A Collaborative Study to Promote Critical Thinking in the Laboratory. Approved for AY 1997-98, $2,000. Funds used to hire undergraduate students to help with the development and evaluation of constructivist-based laboratory activities for first semester General Chemistry course.

**MSU Global Education Travel Grant Proposal:** Fostering critical thinking in general chemistry labs. Approved for summer 1997, $800. Funds used towards travel costs for ESERA conference in Rome, Italy.

**Academic Computing Fellowship, Penn State University.** Total award for 1994-1995 academic year (including stipend, Stafford Loan eligibility, and materials for research) was $20,000. Award was originally for 3 years, but only the first year of the fellowship was used towards the completion of doctorate.

**Florida Engineering Society, Sarasota chapter.** Total award of $300 towards the purchase of upgraded Apple software for the physical science tutorial lab at Bayshore High School during the 1992-1993 academic year.

**National Science Foundation Fellowship, Ohio State University.** Award for summer study with mathematics department in applied number theory for math and science educators. Total amount of $10,000 covered full-time graduate tuition, room, board, relocation expenses for summer 1988, and an eight-week stipend.

## REFERENCES

**Dr. Eric Wickstrom, Professor of Biochemistry**
Thomas Jefferson University, Department of Pharmacology
Philadelphia, PA 19107-5541
(215) 955-4578, ERIC@TESLA.JCI.TJU.EDU


**Dr. William Losonsky, Professor of Physics and Physics Curriculum Supervisor**
SUNY Maritime College, Science Department
Throggs Neck, NY 10465
(718) 409-7387, WLOSONSKY@SUNYMARITIME.EDU

**Dr. Mark Korlie, Associate Professor of Mathematics**
Montclair State University, Department of Mathematics
Upper Montclair, NJ 07043
(973) 655-5300, KORLIEM@MAIL.MONTCLAIR.EDU

**Dr. Paul Stortz, Assistant Professor of History, Founding Editor, *History of Intellectual Culture***
University of Calgary, Faculty of Communication and Culture
Calgary, Alberta, Canada T2N 1N4
(403) 220-3240, PJSTORTZ@UCALGARY.CA

**Dr. Ann R. Cutler, Associate Professor of Chemistry, Editor - *Journal of College Science Teaching***
University of Indianapolis, Department of Chemistry
Indianapolis, IN 46227
(317) 788-3259, ACUTLER@UINDY.EDU

**Dr. Peter Appelbaum, Associate Professor of Mathematics Education**
Arcadia University, Department of Education
Glenside, PA 19038-3295
(215) 572-4476, APPELBAUM@ARCADIA.EDU

**Dr. Teresa Larkin, Associate Professor of Physics Education**
American University, Department of Physics
Washington, DC 20016-8058
(202) 885-2766, TLARKIN@AMERICAN.EDU

**Dr. David Brown, Associate Professor of Synthetic Organic Chemistry**
St. John's University, Department of Chemistry
Queens, NY 11439-0001
(718) 990-5219, BROWND@STJOHNS.EDU

**Dr. Jeff Dodick, Assistant Professor of Science Education**
The Hebrew University of Jerusalem, Science Teaching Department
Givat Ram Campus -- Jerusalem 91904, Israel
Telephone: 02-658-6492
JDODICK@VMS.HUJI.AC.IL

# HACKENSACK NEUROLOGY GROUP

v R. Gupta, MD, PA*
mon M. Fellman, MD, PA*
thony I. Marquinez, MD
rio Vukic, MD
kesh Solanky, MD
ın F. Nogueira, MD
:hael P. Silverstein, MD
Vomates in Neurology, ABP&N
plomates in Stroke and Vascular Neurology, ABP&N

211 Essex Street, Suite 202
Hackensack, NJ 07601
Tel 201-488-1515
Fax 201-488-9471

Rayhana Merali
Office Manager

www.hackensackneurologygroup.com

vember 3, 2009

:   **David Pushkin**

Whom It May Concern:

David Pushkin has been a patient of our practice since December of 2006. At that time, he presented with nplaints of loss of manual dexterity and progressive leg weakness and spasm. Subsequently, he had an tI of the lumbosacral spine which revealed the presence of lumbar stenosis. An EMG revealed the presence lumbosacral radiculopathy with no evidence of myopathy. He underwent lumbar surgery and then veloped a lumbar radiculopathy in the postoperative period. Subsequently, he had an EMG in July of 2008 ich revealed the presence of a lumbosacral radiculopathy; and at that time, the possibility of reflex npathetic dystrophy as a component of his complaints was also raised as he was continuing to experience nificant pain in the left leg. A follow up EMG in January of 2009 revealed the presence of a chronic ıbosacral radiculopathy. He had an opportunity to see Dr. Hooman Azmi and was diagnosed with a stlaminectomy syndrome. Dr. Azmi believed that he would not benefit from any further surgical intervention h respect to his continued leg and low back pain. In January of 2009, he underwent a follow up MRI of the ıbosacral spine which revealed the presence of a disc at L1-2. Subsequently, he also began to have some nsient visual and hearing difficulty and an MRI of the brain was negative.

roughout this period of time since 2006, Dr. Pushkin has experienced significant limitations with respect to low back and leg pain. Specifically, he has had difficulty ambulating and often needs to use assisted vices in ambulating safely. He frequently has to take breaks when he is walking and also finds that activities ch as getting dressed are difficult for him and require an extended period of time due to the severity of his derlying pain. The pain he is currently experiencing interferes with his ability to concentrate and to perform nple tasks of attention. As a result of this, I believe that he is fully and permanently disabled from his lumbar ne complaints. He has been seen by a neurosurgeon and has been deemed not a surgical candidate. He ntinues to have symptoms of a lumbosacral radiculopathy which have not abated. His symptoms are not II managed with pain medication.

can be of any further assistance in this matter, please do not hesitate to contact me.

rio Vukic, M.D.

: jzs

EEOC Form 161 (11/09)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

# DISMISSAL AND NOTICE OF RIGHTS

| To: | David B. Pushkin<br>300 State Highway Route 3 East, Suite 114<br>East Rutherford, NJ 07073<br><br>**CERTIFIED MAIL 7099 3400 0018 8817 5200** | From: | **Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661** |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |
|---|---|---|---|
| EEOC Charge No. | EEOC Representative | | Telephone No. |
| **440-2010-02335** | **Daniel Gajda,**<br>**Investigator** | | **(312) 886-0223** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

*[signature]* John P. Rowe     7/8/10

**John P. Rowe,**
**District Director**

(Date Mailed)

cc:  **LOYOLA UNIVERSITY CHICAGO**



*From the desk of Dr. Dave Pushkin...*

July 9, 2010

Illinois Department of Human Rights
ATTN: EEOC Referred Charges/Intake Unit
100 West randolf Street
Suite 10-100
Chicago, IL 60601

Re: Control # 100628-003

In response to your letter of June 30, 2009, please accept this letter as notice of my desire to proceed on charges against Loyola University Chicago with the Illinois Department of Human Rights.

Attached are documents received from Chicago District EEOC Office. I don't know if you already have copies in your files.

If you have any further questions, please don't hesitate to contact me.
Thank you again for your assistance in this matter on my behalf.
Respectfully,

Dr. David B. Pushkin
Adjunct Online Science/Mathematics Faculty
*Excelsior College, Online Natural Sciences and Mathematics Program, Albany, NY*
Research Consultant/Affiliate
*Carl Wieman Science Education Initiative, University of British Columbia, Vancouver, BC*

email: dpushkin@nj.rr.com
phone: (201) 206-5160
FAX: (201) 939-6717
Internet FAX: (201) 765-9495
Skype: DoctorPuppy
Twitter.com/DoctorPuppy
Blog Site: http://doctorpuppycommentary.blogspot.com

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 440-2010-02335 |

**Illinois Department Of Human Rights** and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Dr. David B. Pushkin** | **(201) 206-5160** | **03-21-1963** |

| Street Address | City, State and ZIP Code |
|---|---|
| **300 State Highway Route 3 East, Suite 114, East Rutherford, NJ 07073** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **LOYOLA UNIVERSITY CHICAGO** | **500 or More** | **(773) 274-3000** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1032 West Sheridan Rd, Chicago, IL 60660** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☒ SEX   ☒ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☒ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest
01-29-2010

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about January 29, 2010, I applied for the tenure track Assistant Professor of Chemistry position at Respondent. Since that date I have not received a confirmation of application, a status update, or denial letter and I have not been hired.

I believe that I have been discriminated against because of my race, White, sex, male, and religion, Jewish, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I believe that I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

I believe that I have been discriminated against because of my age, 47, (DOB: March 21, 1963) in violation of the Age Discrimination in Employment Act of 1967, as amended.

**RECEIVED EEOC**

**JUN 0 1 2010**

**CHICAGO DISTRICT OFFICE**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 5/25/2010 _Date_       _Charging Party Signature_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |



ILLINOIS DEPARTMENT OF

# Human Rights

Pat Quinn, Governor
Rocco J. Claps, Director

June 30, 2010

Dr. David B. Pushkin
300 State Highway Route 3 East, Ste. 114
East Rutherford, NJ 07073

Re:     **David B. Pushkin vs. Loyola University Chicago**
        **Control No.: 100628-003**

**Dear Complainant:**

The United States Equal Employment Opportunity Commission (EEOC) and the Illinois Department of Human Rights (Department) are parties to a cooperative agreement. Under this agreement, when you filed your charge of discrimination with the EEOC it was automatically filed with the Department. The Department is keeping a copy of your EEOC charge on file to preserve jurisdiction under Illinois law.

This letter is to inform you that you may proceed with your charge at the Department. **This does not affect the processing of your charge at EEOC.** If you wish to proceed with the Department, you must notify the Department in writing of your decision, either by mail or in person, within 35 days of receipt of this letter.

   By Mail:   Your written decision should be sent via U.S. Postal certified mail, return receipt requested, to: IL Department of Human Rights, Attn: EEOC Referred Charges/Intake Unit, 100 W. Randolph St., Ste. 10-100, Chicago, IL 60601.

   In Person: You must bring an original and one copy of your written decision. The Department will stamp the copies and one will be returned to you for your records.

You should also provide to the Department (Attn: EEOC Referred Charges/Intake Unit) a copy of the EEOC Determination and Findings as soon as you receive them from the EEOC. When the Department receives your documents, you will be mailed a letter containing additional information about your case.

Your failure to timely notify the Department of your decision will result in the Department closing your file. If you do not wish to proceed with the Department, you do not need to take any further action.

As stated above, this letter does not affect the processing of your charge at the EEOC, and does not apply to any settlement of this charge the parties have made with the EEOC. **If you have any questions regarding this process, please contact Thomas F. Roeser, Pre-Investigations Coordinator, at (312) 814-6295. Please do not contact the EEOC.**

It is not necessary that Respondent take any action at this time.

THE DEPARTMENT OF HUMAN RIGHTS

cc:     **Chief Executive Officer**
        **Loyola University Chicago**
        **1032 West Sheridan Rd.**
        **Chicago, IL 60660**



**U.S. Equal Employment Opportunity Commission**
**Chicago District Office**

500 West Madison St
Suite 2000
Chicago, IL 60661
(312) 353-2713
TTY (800) 669-6820
FAX (312) 886-1168

Respondent: SOUTH DAKOTA STATE UNIVERSITY & LOYOLA UNIVERSITY CHICAGO
EEOC Inquiry No.: 440-2010-04020 & 440-2010-02335

May 18, 2010

David B. Pushkin
300 State Highway Route 3 East
Suite 114
East Rutherford, NJ 07073

Dear Dr. Pushkin:

This is with reference to your recent inquiry (an office visit, phone call, correspondence, or electronically submitted intake questionnaire) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ X ]   Title VII of the Civil Rights Act of 1964 (Title VII)

[ X ]   The Age Discrimination in Employment Act (ADEA)

[ X ]   The Americans with Disabilities Act (ADA)

[ ]   The Equal Pay Act (EPA)

[ ]   The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. To enable proper handling of this action by the Commission you should:

(1) Review the enclosed charge form and make corrections.

(2) Sign and date the charge in the bottom left hand block where I have made an "X".

(3) Return the signed charge to this office.

These steps are necessary if you wish to file a charge. No charge has been filed because the correspondence you submitted was not signed. Since charges should be filed within the time limits imposed by law, please complete these steps as soon as possible. Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

IF WE DO NOT RECEIVE YOUR SIGNED CHARGE WITHIN 30 DAYS OR HEAR FROM YOU WITHIN 30 DAYS, WE WILL ASSUME THAT YOU DECIDED NOT TO FILE A CHARGE OF DISCRIMINATION WITH EEOC.

[X ]         Please be aware that after we receive your signed charge, the EEOC will send a copy of the charge to the agency listed below as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

South Dakota Division Of Human Rights
700 Governors Drive
Pierre, SD 57501

*Please sign all 8 forms, keep one copy of each charge and return the remaining 6 forms.*



*From the desk of Dr. Dave Pushkin...*

**May 9, 2010**

**U.S. Equal Employment Opportunity Commission**

**Chicago Regional Office**
**500 West Madison Street, Suite 2000**
**Chicago, Illinois 60661**
**Fax: 312-886-1168**
**ATTN: John P. Rowe, Director**

Dear Director Rowe:

To follow up my February 10 correspondence to your office, please see the following complaint materials submitted against Loyola University Chicago as well as South Dakota State University. As noted in my February 10 letter, I applied to both institutions with identical application materials towards chemistry education faculty positions, I am a disabled American applying for these academic positions for which I am more than qualified for, and I have yet to receive any notification about my application status, including formal letter of receipt.

I hope these materials are sufficient to help begin the formal complaint process against both institutions. I have every intention of pursuing each case to their conclusion. If you have any questions at this stage of the process, please do not hesitate to contact me. My contact information is in my letterhead footer below.

Respectfully,

Dr. David B. Pushkin
Adjunct Chemistry Faculty
*Fairleigh Dickinson University, School of Natural Sciences*
Adjunct Online Mathematics Faculty
*Excelsior College, Online Natural Sciences and Mathematics Program, Albany, NY*
Research Affiliate/Consultant
*Carl Wieman Science Education Initiative, University of British Columbia*

*Loyola Univ.*
*Chicago*

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: _Pushkin_    First Name: _David_    MI: _B_

Street or Mailing Address: _300 State Highway Route 3 East_ Apt or Unit #: _114_

City: _East Rutherford_   County: _Bergen_   State: _NJ_   Zip: _07073_

Phone Numbers: Home: (_201_) _206-5160_    Work: (_201_) _206-5160_

Cell: _201_) _206-5160_    Email Address: _dpushkin@nj.rr.com_

Date of Birth: _3/21/1963_   Sex: ☑ Male ☐ Female    Do You Have a Disability? ☑ Yes ☐ No

**Please answer each of the next three questions.** i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☑ White

     ☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _Russian Heritage, USA born_

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: _Andre Taylor, M.D._    Relationship: _Best friend_

Address: _1415 Cayuga Ave._   City: _N. Bellmore_   State: _NY_   Zip Code: _11710_

Home Phone: _516_) _221-9652_   Other Phone: _917_ _930-0038_

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: _Loyola University - Chicago_

Address: _1032 W. Sheridan Rd._ County: _Cooke_

City: _Chicago_   State: _IL_ Zip: _60660_ Phone: (_unknown_

Type of Business: _Education_ Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: _unknown_    Phone: (_unknown_

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☑ No

Date Hired: _____ Job Title At Hire: _____

Pay Rate When Hired: _____ Last or Current Pay Rate: _____

Job Title at Time of Alleged Discrimination: _____ Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: _____

If Job Applicant, Date You Applied for Job _1/29/2010_ Job Title Applied For _Tenure Track faculty Chemistry Education_

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☑ Sex ☑ Age ☑ Disability ☐ National Origin ☑ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____Jewish_____

If you checked genetic information, how did the employer obtain the genetic information?

_____

Other reason (basis) for discrimination (Explain): _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: _1/29/2010_ Action: _Submitted application and NEVER heard anything since, not even acknowledgment letter_

Name and Title of Person(s) Responsible: _unknown_

B. Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

_No acknowledgment of application receipt letter. No contact with references. Not even a rejection letter._

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**

_Being white male, Jewish, disabled, require ADA accommodations, over 40 yrs old — Search committee ignored application portfolio_

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | N/A | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A. _____

*N/A*

B. _____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A. _____

*N/A*

B. _____

Answer questions 9-12 **only** if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
- ☑ Yes, I have a disability
- ☐ I do not have a disability now but I did have one
- ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

*Spine injury 2006, surgery 2007 - impaired ability to walk, lift, bend, sit in certain chairs, or stand for periods of time without mechanical assistance*

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☑ Yes ☐ No

If "Yes," what medication, medical equipment or other assistance do you use? *Cane/walker, padded ergonomic chair/office equipment, pain meds, meds to address neurogenic renal failure, orthodics*

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes ☑ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person) _____

Describe the changes or assistance that you asked for: _____

*N/A*

How did your employer respond to your request? _____

13.  Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|

A. _____ unknown members of _____

B. _____ chem dept. & faculty search committee _____

14.  Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☑ No

15.  If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

16.  Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes  ☑ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  If you do not file a charge of discrimination within the time limits, you will lose your rights.  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.

**BOX 1**  ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  I also understand that I could lose my rights if I do not file a charge in time

**BOX 2**  ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____ Signature          5/4/2010 Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009



## *from the desk of Dr. Dave Pushkin...*

February 10, 2010

**U.S. Equal Employment Opportunity Commission**

**Chicago Regional Office**
**500 West Madison Street, Suite 2000**
**Chicago, Illinois 60661**
**Fax: 312-886-1168**
**ATTN: John P. Rowe, Director**

Dear Director Rowe:

Please see the following application materials submitted to Loyola University Chicago as well as South Dakota State University. Both institutions were sent identical application materials, so I'm simply including the first page of the SDSU application letter for your reference on contact information.

I am a disabled American applying for an academic position I am more than qualified for. I notified the search committee that my application is sent to your office concurrently as a pre-emptive measure to ensure my application receives fair consideration, and I am not discriminated against on the basis of my physical disability due to a spinal injury. I have been denied interviews for every position I've applied for since my 2006 injury, and I've reached the point of intolerance.

If I don't receive an invitation for interview with specific reasons relative to my professional credentials, I do plan to file a formal complaint against this institution. I already have an open case against an organization in Boston for discrimination, and have already filed similar papers with the Indianapolis and Washington DC office, so I am very serious in my pursuit to work under the ADA provisions.

If you have any questions at this stage of the process, please do not hesitate to contact me.

Respectfully,

Dr. David B. Pushkin
- Adjunct Chemistry Faculty
  *Fairleigh Dickinson University, School of Natural Sciences*
- Adjunct Online Mathematics Faculty
  *Excelsior College, Online Natural Sciences and Mathematics Program, Albany, NY*
- Research Affiliate/Consultant
  *Carl Wieman Science Education Initiative, University of British Columbia*

300 State Highway Route 3 East, Suite 114. East Rutherford, NJ 07073
Phone: (201) 206-5160. FAX: (201) 939-6717. Internet FAX: (201) 765-9495. Email: dpushkin@nj.rr.com



*From the desk of Dr. Dave Pushkin...*

January 29, 2010

**Chemical Education Search Committee**
**Department of Chemistry**
**Loyola University Chicago**
**1032 West Sheridan Road**
**Chicago, IL 60660**

Dear Colleagues:

In response to your recent advertisement to the Chemical Education Research Listserv, I am sending you my curriculum vitae (with references on last page) and supporting documents for consideration towards an open faculty position in **Chemical Education** at Loyola University Chicago. I am interested in this position for several reasons, both personal and professional; however, my primary interests are:

- The opportunity to invest more time and energy into my ongoing scholarly work related to critical thinking and problem-based learning in first-year chemistry (and physics) courses for STEM majors, and be more connected with supportive academic departments.
- The opportunity to serve simultaneously as a chemistry/physics/science education professor, and contribute academically to undergraduate chemistry education, secondary science teacher education, and graduate-level education research.
- The opportunity to teach graduate students and mentor junior faculty in their teaching and scholarship, as well as mentor local educators of different levels of experience, in their teaching and intellectual pursuits.

Most importantly, I seek to return to full-time academic work after a November 2006 spinal injury, and to work in an academic setting that will welcome and utilize my diverse academic credentials, professional experience and expertise, and intellect. After 25 years of teaching chemistry and physics at the secondary and undergraduate levels, as well as being an education professor at the undergraduate, masters and doctorate levels, I have reached a stage in life and career where I need new experiences to help me grow further professionally, personally, and intellectually as an educator and educational researcher/scholar. Having spent the majority of my professional career on the east coast, I have long sought a change in geographic scenery, I enjoy the Midwestern United States, and I would be very comfortable at your university and within the Chicago region.

300 State Highway Route 3 East, Suite 114. East Rutherford, NJ 07073
Phone: (201) 206-5160. FAX: (201) 765-9495. Email: dpushkin@nj.rr.com

**Qualifications:**

How am I the best candidate for this faculty position?   As my CV indicates, I hold the following degrees:

**Ph.D., Pennsylvania State University, 1995**
- Major: Curriculum & Instruction (Minor: Physics)

**M.A., University of South Florida, 1986**
- Major: Biochemistry (Minor: Secondary Science Education)

**B.S., University of the State of New York (now Excelsior College), 1984**
- Major: Chemistry (Minor: Biology)

I am both well credentialed and well experienced across a spectrum of academic disciplines and academic departments. In a nutshell, I am somewhat unique, one who has "done science" and taught science in multiple disciplines, both "traditional" and multidisciplinary. I am a scientist and science educator, originally trained in physical biochemistry, and I have taught a variety of chemistry, physics, biology, mathematics, and education courses since 1984. From 1985 to 1993, I primarily taught science and math as a certified high school teacher in Florida (see prior certificate). Since June 1993, I have primarily taught chemistry and physics at the undergraduate level, as well as serving as an education instructor/professor between 1993 and 2003.

Since 1984, I have taught in a variety of academic departments and academic institutions. I have taught high school, undergraduate, masters and doctoral students, sometimes as the youngest person in the classroom and sometimes as the oldest person in the classroom. As a chemistry and physics professor, I have taught a variety of undergraduate-level courses to students majoring in Chemistry, Physics, Biology, Engineering, Mathematics, Computer Science, Pharmacy, Nutrition and Dietetics, Nursing, Physical and/or Occupational Therapy, Business, Physical Education, and the Liberal Arts and/or Social Sciences. I have even taught students, albeit rare, truly aspiring to be secondary level science teachers (as opposed to floundering pre-med majors searching for a "consolation prize"). I have also taught on-line courses (Web CT and Blackboard formats), giving me a new perspective to what a classroom means.

My experiences as a chemistry and physics professor mirror and build from my diverse experiences as a scientist. Originally interested in the physical aspects of biochemistry, I first worked as a quality control chemist for a pharmaceutical company (E-Z-EM, Inc., 1983-1984), which makes diagnostic GI products, before moving into an academic setting. At the University of South Florida (1984-1987), I studied nucleoproteins by different methods of spectroscopy as well as synthetic DNA by different radioactive isotope sequencing methods. Both areas of study were part of ongoing cancer and HIV research, which to this day continue at Thomas Jefferson University in Philadelphia under the direction of Dr. Eric Wickstrom. During my time at the Tampa VA Hospital (1988-1989), I worked primarily in chromatographic studies of proteins relative to ongoing diabetes research. As an independent physics researcher (1991-1998), I primarily studied phase transitions and associated thermodynamic properties of matter via calorimetry. In all stages of my scientific research life, I have employed computerized technology, and translated this into a technological advocacy in how chemistry and physics labs should be taught.

As an education instructor and professor (1993-2003), I have taught courses on science or general teaching methods to prospective and practicing K-12 teachers (not exclusively in the sciences) at the undergraduate and graduate levels, and have also taught graduate-level education research courses in

addition to other courses related to pedagogical and curricular practice. For a "science guy," I have also taught my share of "unusual" courses (e.g., Writing across the Curriculum) as well as my share of "unusual" student audiences (e.g., Early Childhood Education). I have also supervised student teachers in middle and secondary school settings, primarily in the sciences, but also in mathematics and social studies.

I have more than a working knowledge of educational research, both quantitatively and qualitatively. I know how to conduct it, evaluate it, how to direct and advise it. In my CV, I list the 21 doctoral dissertations as well as 13 masters theses I advised on as an education professor. As you can see, a great number of these studies employed mixed research methodologies common to the social sciences. My academic experience of thesis and dissertation advisement complements my professional experience as an educational researcher/scholar and journal referee.

The majority of the theses and dissertations I advised on focused on classroom-based research in K-12 public school settings. While many of these theses and dissertations focused on K-12 learning environments, none, ironically, had a science education focus. And yet, several dealt with issues of cultural inclusion, feminist identity, curriculum/pedagogy/learning dynamics in higher education– issues very useful in contextualizing science education research.

Lastly, in addition to my long teaching career, I have more than accumulated my share of administrative and academic service experience as a scientist, chemistry, physics, and science educator, educational research professor, and scholar. I have served as an academic advisor to undergraduate, masters and doctoral students, thesis committee chair, student teacher and graduate assistant supervisor, teacher certification officer, physics lab manager, academic committee member, grant writer, and researcher. I have been a liaison to other academic departments (particularly ones serving pre-medical students) or student/faculty services programs, and I have experience working with very successful and less-than-successful academic programs. However, through all of my diverse experiences in higher education, I have gradually built a broad knowledge base and perspective about the academic workings of higher education, particularly in curricular approaches in the physical sciences, as well as teacher education. My perspective is broad enough to be a multidimensional resource for faculty and students, what an academic leader can be.

Most relevant, my broad perspective about the workings of higher education includes a cyclic relationship with secondary education, as secondary education somewhat provides an epistemological and ontological foundation for incoming undergraduate students, and undergraduate studies potentially reinforce, refine, or radicalize this foundation. In short, I see undergraduate education as part of a continuum of "K-Adult" learning, where all of our learning experiences play a collective role towards a larger developmental and intellectual picture – *not* discrete entities of K-12, undergraduate, and graduate education.

## Scholarship:

I have been involved in a number of professional affiliations, nationally and internationally since 1985. I am currently a member of the National Association for Research in Science Teaching (NARST), the American Chemical Society (ACS, Division of Chemical Education, Subdivision of Chemists with Disabilities), the European Science Education Research Association (ESERA), and the European Association for Research on Learning and Instruction (EARLI). I have served as a referee for research journals in both the sciences and in the field of science education. I currently serve on the consulting

editorial board for *History of Intellectual Culture* (University of Calgary Press) and as a referee for the *Journal of Research in Science Teaching*. Additionally, I have recently published articles in the bilingual South American *Journal of Science Education*, *Chemistry Education Research and Practice*, and the *Journal of College Science Teaching*. I also submitted a major paper to *Academic Exchange Quarterly* for their Spring 2009 Special Issue on Problem-Based Learning, which is now being revised towards a 2011 publication issue (and a subsection being prepared for submission to *Science*). Lastly, I am a co-author of a forthcoming middle school physical science textbook (*Holt Science Technology 2010*) published by Holt-McDougal (formerly Holt, Rinehart, and Winston).

As one can see from my extensive and ongoing scholarly activity, my research background has touched the fields of biomedical science, physics, science education, teacher education, curriculum theory, and cognitive theory. This diverse research background can be very beneficial in the sense that I can be a useful scholarly resource to colleagues and students across multiple academic domains, and not be one-dimensional in my contributions.

*Research Interests:*

My science education scholarly work builds from the cognitive theories of Lev Vygotsky and William Perry, both very applicable to higher education, and to some degree, secondary education. As you can see from my publications, I have focused much of my research on critical thinking development, problem-based learning, and social constructivism in the context of first and second-year chemistry and physics students. I have also explored issues of gender and minority achievement, as well as the training of educators at the K-12 and collegiate levels. I've attached my most recent publications to give you a taste of my work.

My current scholarly work has shifted more into the theoretical and philosophical domain of critical thinking and problem-based learning over the last few years, a pragmatic decision to primarily adapt to a nomadic career path and my recent health challenges.

My scholarly interests work from a teaching and learning viewpoint of stimulating the intellectual consciousness of *all* members of a university community. The path to this increased consciousness lies with two terms — **ontology** (how we view knowledge) and **epistemology** (how we view the processing of knowledge). These two philosophical terms are what I consider to be the foundation towards an educated society and meaningful academic culture. I do not reserve this consciousness raising for aspiring science teachers at the end of their undergraduate education; I actually advocate and practice this advocacy in my teaching from the very beginning of their journey, in their freshman chemistry and physics courses – where the seeds of pedagogical and curricular modeling can be planted as early as possible.

In my hopefully forthcoming article in *AEQ*, I ask a fundamental question: *do we use a PBL approach to improve student performance on problem-based assessments, or to guide students towards better problem-solving skills?* While some educators may sense no difference between both parts of this question, there is a key distinction, and it lies within the scope of problems we expose students to in introductory chemistry and physics courses. If we truly want critically thinking students and problem solvers progressing towards expert level, then we should want them exposed to a broad spectrum of problems, essentially a "bottomless bag of tricks." We shouldn't be presenting students a narrow scope of content with Pavlovian rehearsals prior to assessments. All this does is potentially create and perpetuate cognitive and intellectual myopia, sadly producing graduates with perhaps "successful"

transcripts, but transcripts unable to reflect true scientific literacy or a *genuine* perspective or appreciation for "scientific problems."

Most important to this research or scholarly examination is the theoretical framework. As mentioned at the beginning of this section, my epistemological and ontological views, as well as my pedagogical and curricular practices, center on the learning theories of Vygotsky and Perry. I am a strong proponent of learning by means of social discourse, learning is not necessarily linear or sequential, and learning is guided by mediation. These components of Vygotskian theory are the foundation to social constructivism, a view highly advocated in science education, yet not universally practiced in higher education science courses, due to various philosophical and pragmatic constraints relative to undergraduate science teaching.

Perry's theory is quite relevant, albeit less known yet more controversial. In short, Perry's theory proposes that higher education is supposed to stimulate an intellectual progression for undergraduate learners from narrow-minded dualism, to multiplicity, to skepticism, to broad and contextually thinking relativism. If Perry's theory indeed has merit, then students come to college with dualistic perspectives about knowledge, learning, and the entire process of education. Where did this perspective come from? Did it come from the high school setting? How and why? This is something I hope we will discuss together at a later time.

Is a broadening to the level of *genuine* perspective absolutely vital for students to be successful graduates of academic institutions and productive members of a democratic, scientifically literate, and economically global society? It depends on who is asking the question, whom the question is about, and what the interpersonal context is. However, from my personal perspective, as a science educator and advocate of critical thinking, genuine problem solving skills development, and education as a pathway towards intellectual growth, I believe a *genuine* perspective (as opposed to a **forced** perspective) of scientific problem solving is a vital part of science education, both at the secondary and university levels. Again, this esoteric, but important area of adult cognitive theory is something I hope we can discuss together at great length at a later time.

As you can see, I raise more questions than offer answers in this section, which has always been my mode of research mechanism. For as many years as my career has been, my scholarship is always in an "advancing embryonic stage," simply because my questions only generate more questions. It should be clear that my "research plan" involves connecting several "odd responses" to a pedagogical and curricular approach prominent in my career for several years, with a theoretical framework that combines cognitive theories and two symbiotic levels of education. While it may seem like I seek the answer to the *chicken or egg* question, my questions are more fundamental, given students often view the physical sciences (as well as mathematics) as "roadblocks" to academic success. What I seek to learn and better understand is the possible root or genesis for why chemistry and physics students might be resistant towards the progressive and flexible thinking skills we advocate, and strive to cultivate within our science education community. Ironically, these students are indeed interested in STEM-related careers, including high school teaching, perpetuating a problem we see in introductory courses in the form of "misconceptions," and address in teacher in-service workshops, often with limited success. If this "resistance root" can be identified in some way, I hope to correlate it with cognitive theory and our existing introductory chemistry and physics curricula, at the secondary and university levels, thus providing high school and university faculty some "profile" of how students approach the physical sciences during both levels of learning, and providing a better understanding on the cyclic relationship

between both educational venues. If possible, this could help university science faculty better understand the intellectual journey and evolving knowledge base of a high school science teacher from matriculation to the university, to graduation and placement back in their former high school.

*Teaching Philosophy:*

In 2001, I published my first book, *Teacher training: A reference handbook* (ABC CLIO Publishers), as part of a "Contemporary Education Issues" series collection. The book was never intended to be a training handbook; it was a book that looked at the issue of how teachers are trained from a historical, political, societal, academic, and governmental perspective. The publisher chose the title; I simply wrote the book. Not only did this book address the teaching profession at the K-12 level, it also examined the state of teaching and faculty development in higher education, my hidden agenda.

The most important aspect of this book is the concept of educators establishing both *epistemological* and *ontological* perspectives relative to their own teaching. Contrary to popular consensus, I do not believe that "educational jargon" belongs solely in schools of education. **All** educators at academic institutions should have access to, be open-minded to, and literate in the scholarly language of education.

My point is, **all** educators, regardless of academic level, institutional rank status, or academic discipline, need to identify their own beliefs about *knowledge, teaching,* and *learning* in order to become "effective" in a classroom. If you don't understand what **you** specifically value in education, how can anyone genuinely evaluate your teaching?! Where is the philosophical and intellectual baseline or reference point? The first step to faculty development is self-awareness of your personal educational philosophy. The next step is to build your practice from your philosophy. Most academics believe there essentially is no best or worst way to teach, and any pedagogical approach is not a panacea for all. To some extent, I can agree with this. And yet, we evaluate teaching from somewhat standard protocols we've adopted. Why?

Because I do consider curricula, teaching, and learning interconnected in undergraduate chemistry and physics courses, the same points I just made about teaching could easily be said for learning. Why? Because students are just as much stakeholders in higher education as faculty members are, and for that matter, so are administrators and their administrative support staff. Students, for lack of a better term in this new era of "education as an enterprise," are both raw materials and products of higher education, and most importantly, a *reflection* of higher education. Given what we know or can learn from Perry's work, it's important to understand what our students' beliefs are regarding knowledge, teaching, and learning. Why? Self-awareness and personal philosophical growth should be part of the expectation for an undergraduate's journey towards their degree.

As naive as this seems, there has to be more to the teaching-learning dynamic at universities than faculty simply teaching well enough to appease students for course evaluations and institutional superiors according to subjective criteria, and students answering enough correct questions and passing enough courses. Call me crazy, but there has to be more to higher education than tenure or diplomas, especially in light of President Obama's bold vision of college degrees for all Americans by 2020. I'm often reminded of those wonderful fairy tales that conclude *and they lived happily ever after...*

AND THEN WHAT?! Where do we go from there? Are we honestly at the zenith, the peak of our intellectual journey, a fullest expansion of our boundaries? In other words, when and how do we know that the teaching-learning dynamic in higher education has become intellectually transformative for

both the science educator and her/his learners/students? This is a new question we are challenged with to ponder as university faculty, not only among ourselves, but with current high school science teachers and aspiring high school teachers. It may take a few academic generations before we fully understand the nature of this question and its possible answers.

So what does this say about **my philosophy**? Well, as someone who teaches "traditional" chemistry and physics courses, has taught education courses, advocates social constructivism and PBL, it's safe to say my philosophy is an amalgam of lecture-based and interactive approaches, where my course is neither student-centered nor teacher-centered; it's really more **content-centered**, and the "content" is built around a broad spectrum of problems. Why? I already know chemistry and physics are problem-oriented courses and math-focused; why conceal this from my students? I already know I will have to introduce and derive several equations and concepts for my students, and then illustrate them with examples; why not "discover" or "invent" these equations or concepts collaboratively with my students from carefully selected end-of-problems from their textbook or another source? Is it absolutely necessary for me to sequentially lecture the chapter material and send my students off to practice what I just did? Vygotskian theory teaches us that learning is not necessarily a linear process; perhaps a PBL approach enhances lateral and networked pathways of thinking more conducive towards a less "constrained" curriculum?

Most importantly, as noted in my *Research Interests* section, I want my students to become better problem solvers. My personal belief is one becomes a better problem solver by experiencing as much variety as possible, so one has as open a schema as possible towards knowledge and how it's presented (e.g., situated cognition, Alan Schoenfeld). While I believe higher education is supposed to combat intellectual myopia during an entire undergraduate education, an entire science education program can specifically combat cognitive myopia and gradually move students away from a desire for "dress rehearsal" assessments.

My philosophy ultimately reflects a quest to make chemistry and physics less linear-sequential and more expansive and interconnected, make my classes more collaborative and less didactic, make my students more consistently involved, and make my students more cerebral. Why? Because I want company when I teach; it's no fun to think alone. I want my students to join me and think, keep thinking, and never stop thinking. I want to contribute – even a small amount – to a higher education where young men and women can eventually look back and conceptualize how the experience helped them grow up and see things differently than when they first came to college.

If any of my students are potential physicians, engineers, science teachers, and/or healthcare professionals of the future, I need them to grow up intellectually and see things differently than when they first came to college, and keep that learning process going for the rest of their lives, for the sakes of our nation's economic recovery and global competitiveness. Then I need them to pass that along to another generation, then another, then another. This is why we need to come to terms with our individual *epistemologies* and *ontologies* – not for our present institutional status, but for the future we consciously and unknowingly influence. Not only do I address this dynamic in *Teacher training*, I also address it in several journal articles, book chapters, and presentations, dating back to 1998.

**Professional History:**

As stated earlier, I have taught chemistry and physics since 1984, after beginning my career in the pharmaceutical industry and biochemistry/biomedical research. From 1985 to 1993, I primarily taught

chemistry and physics (in addition to biology and math) at the secondary level, and was certified in all four subjects by Florida for secondary-level (grades 7-12) teaching. During this time, I also held a teaching/research position at the University of South Florida, a joint research position with the Tampa VA Hospital and USF's medical school, and taught part-time at Hillsborough Community College and St. Petersburg Junior College.

From June 1993 to August 2006, I taught chemistry and physics exclusively at the collegiate/university level, as well as serving as an education professor between 1999 and 2003. This period provided me many diverse teaching and scholarly opportunities that utilized my broad academic background and helped me grow into the scholar I am today. While the structure of higher education typically makes it rare for someone to work across different science fields and the field of education, I tried to do so for **many** years. While my CV reads the part of a wandering nomad, one doesn't get to do everything I've done without incredible versatility of skills and expertise, and the willingness and ability to adapt as an educator and professional. My point is that I do not suffer from a severe lack of focus. I'm simply someone with very eclectic training who prefers equal focus in all his major areas, and in many respects, my long and wandering career path prepared me well for the very position I'm applying for.

In the last three years, my life and career have been in transition primarily due to my aforementioned spinal injury. In September 2006, I left a stable chemistry and physics lecturer position at SUNY Maritime College to join the Frisch School, a co-educational, Modern Orthodox Yeshiva in Paramus, New Jersey, to teach chemistry and physics, including the advanced placement courses, in search of a better balance between my work and personal life. By November 2006, I had to resign my position to undergo surgery and rehabilitate. I returned to part-time teaching in January 2008, but health complications forced me to leave classroom/laboratory teaching for 2009. However, during 2009, I have remained active with scholarly writing and have joined the Carl Wieman Science Education Initiative at the University of British Columbia as a research affiliate/consultant, where I collaborate with ongoing projects related to their General Chemistry program.

I am a believer in full disclosure when it comes to my profession and relationships with colleagues. My health is never going to improve, and the odds are against me for living a very long life after one has suffered a spinal injury. However, my health does NOT deny me the right to work and continue my academic career. My physical limitations have nothing to do with my intellectual abilities, qualifications, or my right to a career as a disabled American. In fact, the Americans with Disabilities Act is the standard at your institution as well as our nation that protects me from discrimination or disqualification for an academic position. For the past two years I have been shunned and denied opportunities by every institution I've applied to for an opportunity to continue my career, and I have been forced to fight back through appropriate means. Because of the ignorant practices of other search committees, I now make it a practice to send a copy of my application to the director of the United States Equal Employment Opportunity Commission that oversees universities for a specific geographic region. Please be advised that a copy of my application has been concurrently sent to **John P. Rowe, Director – USEEOC Chicago Regional Office, 500 West Madison Street, Suite 2000, Chicago, Illinois 60661 (Fax: 312-886-1168).** This is my pre-emptive measure to ensure my application receives fair and unbiased

consideration by your search committee. In the event I am not contacted for an interview, I will notify Director Rowe's office and file a complaint requiring your search committee to formally disclose why I was not considered a viable candidate or finalist. I don't enjoy taking such an approach with search committees, but I no longer feel any alternative is appropriate.

**Future Service:**

As my letter, CV, and supporting documents indicate, I can be a very unique addition to your Chemistry/Physics Department and Loyola University's ongoing Science Education programs. I hope to give all of my knowledge, training, and expertise to Loyola University, be a resource to faculty and students alike, be the most diversified colleague your institution may ever have, and be the best candidate for this available faculty position. In short, you get the "full package" and everything my brain can offer.

I thank you for your time, patience, and consideration of my application. I very much look forward to future dialogue regarding the possibilities of my joining you as a respected colleague. Please note that my contact information is in my letterhead footer

Respectfully,

David B. Pushkin, Ph.D.
* Adjunct Chemistry Faculty
    *Fairleigh Dickinson University, School of Natural Sciences*
* Adjunct Online Mathematics Faculty
    *Excelsior College, Online Natural Sciences and Mathematics Program, Albany, NY*
* Research Affiliate/Consultant
    *Carl Wieman Science Education Initiative, University of British Columbia*

Close Window

**Position Information**

| | |
|---|---|
| Job Title | Assistant Professor of Chemistry (Chemical Education) |
| Position #: | 85xxxxx |
| Candidate Type | All Candidates |
| Exempt Status | Exempt |
| Is this partially or fully grant funded? | No |
| Duties and Responsibilities | Loyola University Chicago (LUC), College of Arts and Sciences, Department of Chemistry invites applications for a tenure-track faculty position in Chemical Education at the rank of assistant professor to begin in Fall 2010, subject to final approval of funding. The position will be a joint appointment between the Department of Chemistry and LUC's Center for Science and Math Education. The Department offers Ph.D., M.S., and ACS-approved B.S. degrees. Further information about the Department is available at www.luc.edu/chemistry. For information about the Center, visit www.luc.edu/cse. |
| Minimum Qualifications | Applicants from all areas of Chemical Education will be considered. However, preference will be given to candidates whose research interests include the study of learning and teaching strategies to enhance student performance in chemistry courses. A Ph.D. in chemistry or chemical education is required. The successful candidate will be expected to establish an internationally competitive, externally funded research program and participate in teaching undergraduate classes (especially, but not exclusively, introductory general chemistry courses) and classes in LUC's M.Ed. program in Chemical Education. The successful candidate will also be experienced working with middle school or high school teachers as well as participating in science education reform efforts in large urban school districts. |
| Preferred Qualifications | See above |
| Special Instructions to Applicants | Application materials, consisting of a current Curriculum Vitae, cover letter, statement of teaching philosophy and research interests, writing samples, and evidence of effective teaching should be submitted to www.careers.luc.edu. At the same website, applicants should submit the names and email addresses of three individuals prepared to provide professional references. Applicants may forward additional material related to teaching qualifications and excellence as well as samples of scholarly publications to: |

Chemical Education Search Committee
Department of Chemistry
Loyola University Chicago
1032 W. Sheridan Rd.
Chicago, IL 60660

Review of applications will begin after February 1, 2010 and continue until

Opportunity/ Affirmative Action employer with a strong commitment to diversifying its faculty. Applications from women and minority candidates are especially encouraged. For further information about LUC, consult the university's website at www.luc.edu.

| | |
|---|---|
| Campus | Lake Shore |
| Department / School / College | Chemistry-02113A |
| Job Open Date | 11-04-2009 |
| Job Close Date | Open Until Filled |
| Job Category | University Faculty |
| Health Science Faculty Status | No Response |
| Job Type | Tenure-Track Faculty |
| **Physical Demands and Working Conditions** | |
| Does this job involve significant physical strain or activity? Please check all that apply | |
| What unusual working conditions are associated with this job? Please check all that apply | |
| Required Applicant Documents | CV/Resume |
| Optional Applicant Documents | CV/Resume<br>Cover Letter<br>Other Document<br>Other Document 2<br>Other Document 3<br>Other Document 4<br>Other Document 5 |

Loyola University Chicago is an Equal Opportunity and Affirmative Action Employer

Close Window