```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

DR. DAVID B. PUSHKIN,            )
                                 )
            Plaintiff,           )
                                 )
    v.                           )    No.  10 C 4989
                                 )
LOYOLA UNIVERSITY-CHICAGO,       )
                                 )
            Defendant.           )
```
                       MEMORANDUM ORDER

This Court has received, via random assignment, a document authored by Dr. David Pushkin that is addressed to "Seventh Circuit Librarian" in this courthouse building and takes the form of a letter that begins in this fashion:

> Please see the enclosed documentation to support my filing of a Federal Civil Suit in the 7th US District Court.  I am filing a Civil Suit against Loyola University-Chicago; their campus is located in Chicago, hence my filing in your district court.

Attached to the letter are a number of documents that are largely evidentiary in nature but do include a photocopy of an EEOC right-to-sue letter dated July 8, 2010.

Dr. Pushkin's submission plainly does not constitute a complaint of the type necessary to launch an action under the Americans with Disabilities Act or Title VII.  Hence this Court cannot now act on Dr. Pushkin's accompanying Application To Proceed in District Court Without Prepaying Fees or Costs ("Application"), even though that document seems to reflect his inability to proceed from a financial perspective.

Instead this Court is transmitting to Dr. Pushkin, together

with a copy of this memorandum order, this District Court's form of Complaint of Employment Discrimination, to be filled out by him and submitted in multiple copies (the court original plus one counterpart for service on the proposed defendant and another counterpart for this Court's chambers). That submission should also be accompanied by filled-out summons forms to permit service on the University (an obligation that may or may not be imposed on Dr. Pushkin, depending on the circumstances).

Because Dr. Pushkin has 90 days after his receipt of the right-to-sue letter within which to file suit (a period that will end in early October), he should have no difficulty in conforming to the requirements just outlined in this memorandum order. As and when he does so, this Court will be in a position to rule on the Application.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 12, 2010